UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YAN HUANG CHAFFIN and ANGELA CHAFFIN, Individually, and on behalf of all others similarly situated<br><br>Plaintiffs<br><br>VS.<br><br>HUMANA INSURANCE COMPANY, and HUMANA, INC.<br><br>Defendants. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. H-09-2108 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Angela Chaffin, individually, and on behalf of all others similarly situated, stipulates to the dismissal with prejudice of all of her claims and causes of action asserted in this lawsuit, and in support would show that she no longer wishes to pursue this matter against Defendants Humana Insurance Company and Humana, Inc. Plaintiff Yan Huang Chaffin, individually, and on behalf of all others similarly situated, stipulates to the dismissal without prejudice of all of her claims and causes of action asserted in this lawsuit, and in support would show that she no longer wishes to pursue this matter against Defendants Humana Insurance Company and Humana, Inc.

WHEREFORE, Plaintiffs pray that Angela Chaffin's claims asserted in this lawsuit against all parties be dismissed with prejudice and that Yan Huang Chaffin's claims asserted in this lawsuit against all parties be dismissed without prejudice, and that

HOU:2947026.1

each party bear its own attorneys' fees and costs of court.

Respectfully submitted,

By: /s/ Robert A. Chaffin
ROBERT A. CHAFFIN
State Bar No. 04057500
DAVID TREY M. STILES III
State Bar No. 00788473
CHAFFIN & STILES
4265 San Felipe, Suite 1020
Houston, Texas 77027
Telephone: (713) 528-1000
Facsimile: (713) 952-5972

ATTORNEYS FOR PLAINTIFFS
YAN HUANG CHAFFIN AND ANGELA
CHAFFIN, Individually, and on behalf of all
others similarly situated